ARENSON, DITTMAR & KARBAN
Attorneys for Debtor
420 Lexington Avenue, Suite 1402
New York, New York 10170
(212) 490-3600
Avi Mermelstein

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

**In re**

**Louasia A. Watts,**

        **Debtor.**
------------------------------------------------------------X

Hearing Date: July 31, 2023 at 10 AM
Objections Due: July 24, 2023

Case No. 21−10419−mg

Chapter 7

# NOTICE OF MOTION
# TO REOPEN CHAPTER 7 BANKRUPTCY CASE

**PLEASE TAKE NOTICE** that upon the annexed application of LOUASIA WATTS (the "Debtor"), by and through her undersigned attorneys, Arenson, Dittmar & Karban, will move this Court before the Honorable Martin Glenn, United States Chief Bankruptcy Judge, via Zoom for Government, in the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on July 31, 2023 at 10:00 a.m., or as soon thereafter as counsel can be heard, for entry of an Order:

    (a)    Granting Debtor leave to reopen the within Chapter 7 bankruptcy case pursuant to 11 U.S.C. §350(b) and Federal Rule of Bankruptcy Procedure 5010 and 9024;
    (b)    Granting Debtor leave to amend her Chapter 7 Bankruptcy Petition for the purpose of filing an amendment to the Debtor's Schedule A/B, to reflect a pending employment discrimination action;
    (c)    Allowing the United States Trustee to Appoint a Chapter 7 trustee to administer the asset; and
    (d)    For such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served upon and received by counsel for the Debtor at the address indicated below and filed with the Court together with proof of service, no later than seven (7) days prior to the return date hereof.

**PLEASE TAKE FURTHER NOTICE** that any parties that would like to appear must register through eCourtAppearance by 4 PM the business day before the hearing. The link to eCourtAppearance is: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl Further information regarding eCourtAppearance and Zoom is available at Judge Glenn's chambers page: https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.

Dated: New York, New York
      June 26, 2023

                              **BY:**   /s/ *Avi Mermelstein*
                                       Avi Mermelstein
                                       Arenson, Dittmar & Karban
                                       420 Lexington Ave. Suite 1402
                                       New York, New York 10170
                                       (212)490-3600
                                       *Attorneys for the Debtor*

To:    United States Trustee
        Office of the United States Trustee - NY
        Alexander Hamilton Custom House
        One Bowling Green, Room 534
        New York, NY 10004-1408
        USTPRegion02.NYECF@USDOJ.GOV
        *U.S. Trustee*

        Yann Geron, Esq.
        Geron Legal Advisors LLC
        370 Lexington Avenue, Suite 1101
        New York, NY 10017
        ygeron@geronlegaladvisors.com
        *Prior Trustee*

        Louasia Watts
        843 Hunts Point Ave, #3B
        Bronx, NY 10474
        *Debtor*

| | |
|---|---|
| **ALLY FINANCIAL**<br>PO BOX 380901<br>BLOOMINGTON, MN 55438 | **BANK OF AMERICA**<br>4060 OGLETOWN STANTON ROAD<br>NEWARK, DE 19713 |
| **BARCLAYS BANK OF DELEWARE**<br>JUNIPER<br>PO BOX 8803<br>WILMINGTON, DE 19899 | **CAPITAL ONE**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 |
| **DEPARTMENT OF ED / NELNET**<br>121 SOUTH 13TH STREET<br>LINCOLN, NE 68508 | **EERIE COMMUNITY COLLEGE**<br>6205 MAIN STREET<br>BUFFALO, NY 14221 |

| | |
|---|---|
| **GM FINANCIAL**<br>PO BOX 181145<br>ARLINGTON, TX 76096 | **LINEBARGER GOGGAN BLAIR & SAMP**<br>61 BROADWAY SUITE 2600<br>NEW YORK, NY 10006 |
| **MRS ASSOCIATES, INC.**<br>1930 OLNEY AVENUE<br>CHERRY HILL, NJ 08003 | **MRS ASSOCIATES, LLC**<br>1930 OLNEY AVENUE<br>CHERRY HILL, NJ 08003 |
| **MTA BRIDGES AND TUNNELLS**<br>PO BOX 15186<br>ALBANY, NY 12212 | **NYC PARKING VIOLATIONS BUEARU**<br>PECK SLIP STATION<br>PO BOX 2337<br>NEW YORK, NY 10272 |
| **PAYPAL INC**<br>P.O. BOX 45950<br>OMAHA, NE 68145 | **PENN CREDIT**<br>2800 COMMERCE DR<br>HARRISBURG, PA 17110 |
| **PENN CREDIT CORPORATION**<br>916 S 14TH STREET<br>HARRISBURG, PA 17104 | **PROFESSIONAL ACCOUNT MANAGEMEN**<br>PO BOX 1520<br>MILWAUKEE, WI 53201-1000 |
| **PROFESSIONAL ACCOUNT MMGNT**<br>PO BOX 1520<br>MILWAUKEE, WI 53201 | **RTR FINANCIAL SERVICES**<br>1000 SOUTH AVENUE, SUITE 103<br>STATEN ISLAND, NY 10314 |
| **SF / LEAD BANK**<br>200 N 3RD STREET<br>GARDEN CITY, MO 64747 | **STATE OF NEW YORK**<br>CIVIL RECOVERIES BUREAU<br>THE CAPITOL<br>ALBANY, NY 12224 |
| **TRANSFERWISE INC.**<br>19 WEST 24TH STREET<br>NEW YORK, NY 10010 | **UNIVERSAL FIDELITY**<br>PO BOX 5369<br>KATY, TX 77491 |