# EXHIBIT C

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Louasia A. Watts | Social Security number or ITIN | xxx–xx–0435 |
| | First Name   Middle Name   Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | ____ |
| | | EIN | __–_____ |
| United States Bankruptcy Court | Southern District of New York | | |
| Case number: | 21–10419–mg | | |

## Discharge of Debtor(s) and Order of Final Decree

**12/15**

A petition under title 11, United States Code was filed by or against the Debtor(s) on 3/4/21; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the Debtor(s) is entitled to a discharge and the estate of the above named Debtor(s) has been full administered.

**IT IS ORDERED:**

- The Debtor(s) is granted a discharge under 11 U.S.C. § 727.
- Yann Geron is discharged as the Trustee of the Debtors estate and the bond is cancelled.
- The chapter 7 case of the above–named Debtor(s) is closed.

6/11/21

**By the court:** Martin Glenn
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order grants a discharge to the person named above. It does not dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

# Notice Recipients

| District/Off: 0208−1 | User: | Date Created: 6/11/2021 |
|---|---|---|
| Case: 21−10419−mg | Form ID: 155new | Total: 32 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Daniel M. Katzner | danielkatzner@yahoo.com |
| aty | Lisa J. Kristal | lisajkristal@gmail.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Louasia A. Watts | 843 Hunts Point, Apartment 3B    Bronx, NY 10474 |
| tr | Yann Geron | Yann Geron    Geron Legal Advisors LLC    370 Lexington Avenue    Suite 1101    New York, NY 10017 |
| op | Lisa J. Kristal | Lisa J. Kristal    1740 Hone Avenue    Bronx, NY 10461 UNITED STATES |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 7820253 | ALLY FINANCIAL | PO BOX 380901    BLOOMINGTON, MN 55438 |
| 7820254 | BANK OF AMERICA | 4060 OGLETOWN STANTON ROAD    NEWARK, DE 19713 |
| 7820255 | BARCLAYS BANK OF DELEWARE | JUNIPER    PO BOX 8803    WILMINGTON, DE 19899 |
| 7820256 | CAPITAL ONE | PO BOX 30281    SALT LAKE CITY, UT 84130 |
| 7820257 | DEPARTMENT OF ED / NELNET | 121 SOUTH 13TH STREET    LINCOLN, NE 68508 |
| 7820258 | EERIE COMMUNITY COLLEGE | 6205 MAIN STREET    BUFFALO, NY 14221 |
| 7820259 | GM FINANCIAL | PO BOX 181145    ARLINGTON, TX 76096 |
| 7820260 | LINEBARGER GOGGAN BLAIR & SAMP | 61 BROADWAY SUITE 2600    NEW YORK, NY 10006 |
| 7820261 | MRS ASSOCIATES, INC. | 1930 OLNEY AVENUE    CHERRY HILL, NJ 08003 |
| 7820262 | MRS ASSOCIATES, LLC | 1930 OLNEY AVENUE    CHERRY HILL, NJ 08003 |
| 7820263 | MTA BRIDGES AND TUNNELLS | PO BOX 15186    ALBANY, NY 12212 |
| 7820264 | NYC PARKING VIOLATIONS BUEARU | PECK SLIP STATION    PO BOX 2337    NEW YORK, NY 10272 |
| 7820265 | PAYPAL INC | P.O. BOX 45950    OMAHA, NE 68145 |
| 7820266 | PENN CREDIT | 2800 COMMERCE DR    HARRISBURG, PA 17110 |
| 7820267 | PENN CREDIT CORPORATION | 916 S 14TH STREET    HARRISBURG, PA 17104 |
| 7820268 | PROFESSIONAL ACCOUNT MANAGEMEN | PO BOX 1520    MILWAUKEE, WI 53201−1000 |
| 7820269 | PROFESSIONAL ACCOUNT MMGNT | PO BOX 1520    MILWAUKEE, WI 53201 |
| 7820270 | RTR FINANCIAL SERVICES | 1000 SOUTH AVENUE, SUITE 103    STATEN ISLAND, NY 10314 |
| 7820271 | SF / LEAD BANK | 200 N 3RD STREET    GARDEN CITY, MO 64747 |
| 7820272 | STATE OF NEW YORK | CIVIL RECOVERIES BUREAU    THE CAPITOL    ALBANY, NY 12224 |
| 7820273 | TRANSFERWISE INC. | 19 WEST 24TH STREET    NEW YORK, NY 10010 |
| 7820274 | UNIVERSAL FIDELITY | PO BOX 5369    KATY, TX 77491 |

TOTAL: 29